IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| NORMAN BEND | § | |
| v. | § | CIVIL ACTION NO. 5:06cv10 |
| DR. REGINALD STANLEY | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE
### AND ENTERING FINAL JUDGMENT

The Plaintiff Norman Bend, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights.  This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On August 9, 2006, the Defendant Dr. Reginald Stanley filed a motion to dismiss the lawsuit without prejudice for failure to prosecute or to obey an order of the Court.  On September 22, 2006, Bend filed a motion asking that his lawsuit be dismissed.  On September 28, 2006, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed without prejudice. A copy of this Report was sent to Bend at his last known address, return receipt requested, but no objections have been received; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court.  Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

1

The Court has carefully reviewed the pleadings and documents in this case, as well as the Report of the Magistrate Judge.  Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct.  It is accordingly

ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court.  It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED without prejudice on the motion of the Plaintiff and the Defendant.  It is further

ORDERED that the dismissal of this lawsuit shall not count as a strike for purposes of 28 U.S.C. §1915(g).  Finally, it is

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**SIGNED this 23rd day of October, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE